THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEONTE RASUL-CHIONO,<br><br>Defendant. | CASE NO. CR16-0006-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Deonte Rasul-Chiono's unopposed motion to unseal (Dkt. No. 50). On April 10, 2020, the Court issued an arrest warrant under seal because Mr. Rasul-Chiono allegedly violated the conditions of his supervision. (Dkt. No 49.) Such warrants, along with their corresponding petitions and memoranda, are ordinarily filed under seal to reduce the risk that the person named in the warrant might flee. *See* W.D. Wash. Local Crim. R. 55(b)(3). However, there is no risk that Mr. Rasul-Chiono will flee because he is already incarcerated at the King County Jail pending other criminal charges. (*See* Dkt. No. 50 at 2.) Accordingly, there is little reason to keep the recently filed warrant, petition, and memorandum under seal. In addition, giving Mr. Rasul-Chiono access to those documents will allow his counsel to better represent him. Accordingly, the Court GRANTS Mr. Rasul-Chiono's motion and DIRECTS the Clerk to unseal the recently filed warrant (Dkt. No. 49), petition (Dkt. No. 47), and memorandum (Dkt. No. 48).

DATED this 29th day of May 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE